HARRY C. FEROE et al., Respondents, *v.* B. H. BROOKS COMPANY et al., Respondents, and PIERRE M. BROWN, Appellant, Impleaded with Others.

*Lien* — *action to foreclose liens for materials furnished contractor* — *defense by owner that contractor had abandoned work and he had been obliged to complete at cost in excess of contract price.*

*Feroe* v. *Brooks Co.*, 219 App. Div. 107, affirmed.

(Argued February 17, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 24, 1927, modifying and affirming as modified a judgment entered upon the report of a referee in an action to foreclose a mechanic's lien. The defendant Pierre M. Brown was the owner of the property against which the lien was filed; the defendant B. H. Brooks Company was the contractor to whom plaintiffs and other defendants had furnished materials for use in performance of the contract. Defendant Brown set up as a defense that the Brooks Company had abandoned its contract and that he had been obliged to have the work completed at a cost in excess of the contract price.

*James F. Riley* for appellant.

*Harry E. Fritts,* for plaintiffs-respondents.

*William F. Kimber* for defendants-respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CARDOZO, Ch. J.